# INFORMATION SHEET

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED CLERK
2012 JUN 12 PM 5:02
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: _USA v. Betsaida Moya_ _Samuel George Gonzalez_

2. Related Magistrate Docket Number(s) _N/A_

   None ( )

3. Arrest Date: _____

4. Nature of offense(s):   (Felony) / Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _∅_

6. Projected Length of Trial:   Less than 6 weeks (X)
   More than 6 weeks ( )

7. County in which crime was allegedly committed: _Brooklyn_
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   (X) Yes   ( ) No

10. Is there a capital count included in the indictment?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
A-USA
Assistant U.S. Attorney
(718) 254- _6017_

Rev. 3/22/01