CSK
F. #2010R02302

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

BELAIR PAYROLL SERVICES, INC.,
CRAIG PANZERA,
LASHA GOLETIANI and
ZHAN PETROSYANTS,

               Defendants.

- - - - - - - - - - - - - - - - X

UNSEALING ORDER
CR 11-591 (S-1) (FB)

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Charles S. Kleinberg, for an order unsealing the above captioned superseding indictment,

       WHEREFORE, it is ordered that the superseding indictment be unsealed.

Dated:      Brooklyn, New York
            June 14, 2012

                    s/ MJ Reyes

                    HONORABLE RAMON E. REYES, JR.
                    UNITED STATES MAGISTRATE JUDGE
                    EASTERN DISTRICT OF NEW YORK