## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Viktor V. Pohorelsky          **DATE :**  6/14/12

**DOCKET NUMBER:**   11CR591(FB)          **LOG # :**  3:05 - 3:21

**DEFENDANT'S NAME :**   Zhan Petrosyants
    ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL :**   James Dipietro
    ___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Charles Kleinberg          **DEPUTY CLERK :**   SM Yuen

**INTERPRETER :** _____ (Language) _____

____ Hearing held.     ____ Hearing adjourned to ____

✓ Defendant was released on $1,000,000 PRB (with)/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

1 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

4 Additional surety (ies) to co-signed bond by  6/22/12

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start____   Stop____

X  Order of Speedy Trial entered.   Code Type____   Start 6/14   Stop 7/16/12

__X__ Defendant's first appearance.   __X__ Defendant arraigned on the superseding indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

__X__ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____