

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:BGK
F. #2010R02301

271 Cadman Plaza East
Brooklyn, New York 11201

September 8, 2014

By Hand and ECF

Honorable Frederic Block
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zhan Petrosyants
                Criminal Docket No. 11-591 (S-2) (FB)

Dear Judge Block:

      The United States respectfully submits the enclosed proposed Order of Forfeiture for ZHAN PETROSYANTS (the "defendant") in the above criminal matter for Your Honor's consideration and action. On February 21, 2014, the defendant entered a plea of guilty to an Information charging a violation of 18 U.S.C. § 371. In connection with his plea, the defendant has consented and agreed to the entry of an order of forfeiture establishing a forfeiture money judgment in the amount of $667,446.08. The defendant currently is scheduled for sentencing on September 19, 2014.

      Accordingly, the United States respectfully requests that the Court enter the enclosed proposed Order of Forfeiture.

      Thank you for Your Honor's consideration of this request.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/ Brendan G. King
      Brendan G. King
      Assistant U.S. Attorney
      (718) 254-6006

Enc.

cc: All Counsel (via ECF)