



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 22 2022 ★
BROOKLYN OFFICE

The New York Times Company

November 14, 2022

**VIA FEDEX**

The Honorable Frederic Block
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Forfeiture Payments in *United States v. Petrosyants*, 1:11-cr-00591-FB

Dear Judge Block:

We are reporters with The New York Times, where we cover the New York metropolitan area. Since Mayor Eric Adams took office, we have been reporting on his various associates, most recently Zhan "Johnny" Petrosyants and his brother Robert Petrosyants.

Both brothers pled guilty to financial crimes in 2014 in the above-cited case. On June 26, 2015, the Court entered a final order of forfeiture, ordering the Petrosyants and their co-defendant Lasha Goletiani to pay $667,446.08. We write to the Court seeking information on the total amount paid towards the forfeiture judgment in that case. We recognize that this information may not be contained in a document already in the Court's possession. To the extent that is true, we respectfully request the Court to order the government to provide (1) the total amounts paid towards the forfeiture judgment as to each Robert Petrosyants, Zhan Petrosyants, and Lasha Goletiani; and (2) the remaining balance of the forfeiture judgment. The U.S. Attorney's Office for the Eastern District of New York does not oppose this request.

We would appreciate Your Honor making this information publicly available. Access to the amount of forfeiture paid to-date would shed light on whether the Petrosyants, who have documented close ties to the Mayor,[1] are complying with their sentences for crimes of conspiracy under 18 U.S.C. § 371 to file false currency transaction reports in violation of 31 U.S.C. § 5324(a)(2).

Thank you for your time and assistance.

Respectfully submitted,

Michael Rothfeld & William K. Rashbaum

---

[1] Sarah Maslin Nir and Jazmine Hughes, *Eric Adams After Dark: A Private Table and Tarnished Friends*, N.Y. Times, https://www.nytimes.com/2022/08/22/nyregion/eric-adams-la-baia-zero-bond.html (Aug. 29, 2022).

The New York Times
620 Eighth Avenue
New York, NY 10018



c/o Michael Innelli
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

