

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

AS:BGK
F.# 2010R002302

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2022

By ECF

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Goletiani, *et al.*
       Criminal Docket No. 11 CR 591 (FB)

Dear Judge Block:

    Pursuant to the Court's November 22, 2022 Order, the United States respectfully submits this letter.  Records reviewed by the government show that there has been $84,856 paid or credited towards the total court-ordered money judgment of $667,446.08.  Specifically, (1) Lasha Goletiani was credited $33,356 from a previous administrative forfeiture that was applied to his outstanding money judgment, (2) Zhan Petrosyants has made payments totaling $33,500, and (3) Robert Petrosyants has made payments totaling $18,000.  As a result, there is an outstanding money judgment balance due of $582,590.08, for which Lasha Goletiani, Zhan Petrosyants and Robert Petrosyants are jointly and severally liable.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:   /s/ Brendan G. King
        Brendan G. King
        Assistant U.S. Attorney
        (718) 254-6006